■ MAGGIE RUZO, Also Known as JOHN TARQUINIO, Respondent, v ROBERT GRANATO et al., Defendants, and RICHARD J. COBURN, Appellant.— Order, Supreme Court, New York County, entered on December 13, 1979, unanimously affirmed, without costs and without disbursements. Time for completion of pretrial discovery of defendant-appellant is extended for 45 days after entry of a copy of this court's order, and, if not complied with, the complaint is dismissed. No opinion. Concur—Murphy, P. J., Kupferman, Birns, Markewich and Yesawich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL DALLAS TONEY, Appellant.—Judgment, Supreme Court, New York County, rendered on June 12, 1979, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, P. J., Kupferman, Birns, Ross and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH ALIA, Appellant.—Judgment, Supreme Court, New York County, rendered on September 12, 1979 and order entered on May 25, 1979, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur— Murphy, P. J., Kupferman, Birns, Ross and Silverman, JJ.